## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALD DOYEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR GENERAL CORPORATION d/b/a DOLLAR GENERAL and DOLGENCORP, LLC, d/b/a DOLLAR GENERAL<br><br>    Defendants. | Case No. 0:19-cv-00572-MJD-LIB |

## **STIPULATION OF DISMISSAL**

Plaintiff Gerald Doyen ("Plaintiff") and Defendants Dollar General Corporation and Dolgencorp, LLC ("Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendants;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| | |
|---|---|
| */s/ R. Bruce Carlson* | */s/ Amy M. Turk* |
| R. Bruce Carlson | Amy M. Turk (Virginia Bar 44957) |
| Kelly K. Iverson | Sarah K. Hawley (Virginia Bar 80674) |
| Bryan A. Fox | **MCGUIREWOODS LLP** |
| **CARLSON LYNCH, LLP** | World Trade Center |
| 1133 Penn Avenue, 5th Floor | 101 West Main Street |
| Pittsburgh PA, 15222 | Suite 9000 |
| (412) 322-9243 (Tel.) | Norfolk, VA 23510-1655 |
| bcarlson@carlsonlynch.com | Telephone: (757) 640-3700 |
| kiverson@carlsonlynch.com | aturk@mcguirewoods.com |
| bfox@carlsonlynch.com | shawley@mcguirewoods.com |

Chad A. Throndset
chad@throndsetlaw.com
Patrick W. Michenfelder
pat@throndsetlaw.com
**THRONDSET MICHENFELDER, LLC**
One Central Avenue West
Suite 203
St. Michael, MN 55376
Tel: (763) 515-6110
Fax: (763) 226-2515

*Attorneys for Plaintiff*

Lori A. Johnson (0311443)
**PARKER DANIELS KIBORT LLC**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
johnson@parkerdk.com

*Attorneys for Defendants*