UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| GERALD DOYEN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOLLAR GENERAL CORPORATION d/b/a DOLLAR GENERAL and DOLGENCORP, LLC, d/b/a DOLLAR GENERAL<br><br>　　　　Defendants. | Case No. 0:19-cv-00572-MJD-LIB |

**ORDER GRANTING STIPULATION OF DISMISSAL**

This matter is before the Court on the parties' Stipulation of Dismissal. Based on all the files, records, and submissions herein:

**IT IS HEREBY ORDERED** that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendants; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 19, 2019

　　　　　　　　　　　　　　　　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　　　Judge Michael J. Davis
　　　　　　　　　　　　　　　　　　　　United States District Court