# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Gerald Doyen, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 19-cv-572 MJD/LIB |
| Dollar General Corporation, Dolgencorp, LLC, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendants; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Date: 12/20/2019

KATE M. FOGARTY, CLERK

s/Cara Kreuziger
(By)  Cara Kreuziger, Deputy Clerk